**THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**KATHY BLAGG**                                                                          **PLAINTIFF**

**v.**                                        **Case No. 4:19-cv-00049-KGB**

**EATON CORPORATION and EATON HEALTH AND
WELFARE ADMINISTRATIVE COMMITTEE**                        **DEFENDANTS**

**<u>JUDGMENT</u>**

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that plaintiff Kathy Blagg's complaint is dismissed with prejudice.  The relief requested is denied.

It is so adjudged this 12th day of May, 2020.

_Kristine G. Baker_____
Kristine G. Baker
United States District Judge